UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIEN MORALES, <br><br> Plaintiff <br><br> v. <br><br> DARIN BALAAM, et al., <br><br> Defendants | Case No. 3:22-cv-00510-MMD-CSD <br><br> ORDER <br><br> (ECF No. 9) |

On March 31, 2023, the Court issued a screening order and granted Plaintiff until May 1, 2023, to file an amended complaint or the case would be subject to dismissal without prejudice for failure to state a claim. (ECF No. 7). On May 1, 2023, Plaintiff filed a motion seeking to extend the deadline to file and serve an amended complaint by 60 days, arguing that he had hand surgery in April but has since been removed from post-operative "medications, and believes he can now draft his First Amended Complaint." (ECF No. 9 at 2).

Good cause appearing, it is hereby ordered that the motion for extension of time (ECF No. 9) is granted: Plaintiff has **until July 1, 2023**, to file an amended complaint consistent with the Court's March 31, 2023, screening order.

It is further ordered that Plaintiff should not attempt to serve the amended complaint. If applicable, the Court will enter an order about service later. The Court will screen the amended complaint in a separate screening order, and the screening process will take several months.

It is further ordered that if Plaintiff fails to file an amended complaint **by July 1, 2023**, this action will be subject to dismissal without prejudice.

DATED THIS 2nd day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE