1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADRIEN MORALES,

                        Plaintiff,

   v.

DARIN BALAAM, *et al.*,

                      Defendants.

3:22-cv-00510-MMD-CSD

**ORDER**

Re:  ECF No. 17

Before the court is Plaintiff's Motion for Extension of Time. (ECF No. 17.) Plaintiff states he is recovering from "recent necessary surgery" and requests sixty (60) days in which to comply with the court's Screening Order.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 17) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **June 10, 2024**, within which to furnish to the U.S. Marshal the required USM-285 forms with the relevant information as to Defendants Bullington and John Doe Naphcare Doctor. **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

Dated: April 9, 2024.



              Craig S. Denney
              United States Magistrate Judge